IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00846-MJW

CHRISTOPHER BEDDINGFIELD,

Plaintiff,

v.

CHRISTOPHER BROWN,
DREW JELTES, and
CITY OF COLORADO SPRINGS,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants Motion for Protective Order from Discovery and to Vacate the Scheduling Conference (Docket No. 25) is GRANTED. Defendants have raised a non-frivolous defense of qualified immunity in their motion to dismiss and, based on binding Supreme Court precedent, are entitled to a stay of proceedings until that defense is resolved.  *See Rome v. Romero*, 225 F.R.D. 640 (D. Colo. 2004) (setting forth exceptions to this rule, none of which are present here).

     It is further ORDERED that the Scheduling Conference set for July 28, 2015, at 10:30 a.m. is VACATED, to be re-set if necessary after resolution of Defendants' motion to dismiss.  It is further ORDERED that proceedings in this case are STAYED until further order of the court.

Date: July 13, 2015