**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00846-REB-MJW

CHRISTOPHER BEDDINGFIELD,

      Plaintiff,

v.

CHRISTOPHER BROWN,
DREW JELTES, and
CITY OF COLORADO SPRINGS,

      Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#40] of Judge Robert E. Blackburn entered on March 17, 2016, it is

ORDERED that judgment shall enter in favor of the defendants and against the plaintiff, it is

FURTHER ORDERED that defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 18th day of March, 2016.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                              By: s/   K. Finney

K. Finney
Deputy Clerk